[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

JOHN SOLOMON,

    Plaintiff-Appellant,

v.

MERRICK GARLAND, in his official capacity as Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; COLLEEN JOY SHOGAN, in her official capacity as Archivist of the United States; and NATIONAL ARCHIVES AND RECORDS ADMINSITRATION,

    Defendants-Appellees.

No. 24-5236

**APPELLEE'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

A. **Parties and Amici**

Plaintiff-Appellant is John Solomon. Defendant-Appellees are Merrick Garland, in his official capacity as Attorney General of the United States; the United States Department of Justice; Colleen Shogan, in her

official capacity as Archivist of the United States; and the National Archives and Records Administration.  There are no amici.

### B. Rulings Under Review

The Plaintiff-Appellant seeks review of the Memorandum Opinion and Order of the United States District Court for the District of Columbia entered on September 16, 2024.  (Docket Nos. 25 & 26).  The rulings were issued by Judge Richard J. Leon in case number 1:23-cv-00759-RJL.  The combined rulings dismissed Plaintiff-Appellant's mandamus claim for lack of subject matter jurisdiction and granted the Defendant-Appellant's motion for summary judgment on the Plaintiff-Appellant's remaining replevin claim.  The Memorandum Opinion may be found on Westlaw at *Solomon v. Garland*, No. 1:23-cv-759, 2024 WL 4198774 (D.D.C. Sept. 16, 2024).

### C. Related Cases

This case has not previously been before this Court or any court other than the district court from which the case was appealed.

To undersigned counsel's knowledge, there are no cases involving substantially the same issue currently pending before the district court, this Court, another circuit court, or the Supreme Court.

/s/ *Jennifer L. Utrecht*
JENNIFER L. UTRECHT
*Attorney, Appellate Staff*
*Civil Division, Room 7710*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 353-9039*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2024, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

                                                     s/ *Jennifer L. Utrecht*  
                                                   Jennifer L. Utrecht