**[NOT YET SCHEDULED FOR ORAL ARGUMENT]**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT**

| | |
|---|---|
| JOHN SOLOMON,<br>    *Plaintiff-Appellant,*<br><br>v.<br><br>PAMELA BONDI, in her official capacity as Attorney General of the United States;* U.S. DEPARTMENT OF JUSTICE; COLLEEN JOY SHOGAN, in her capacity as Archivist of the United States; and NATIONAL ARCHIVES AND RECORDS ADMINSITRATION,<br><br>    *Defendants-Appellees.* | No. 24-5236 |

**UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME
TO FILE RESPONSE BRIEF**

For the reasons that follow, the government respectfully moves the Court for a 30-day extension of time, to and including Monday, March 17, 2025, within which to file its response brief in this case. Appellant does not

---

* Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Attorney General Pamela Bondi is automatically substituted for former Attorney General Merrick Garland.

oppose the motion. In support of this motion, Defendants-Appellees state the following:

1. Appellant filed his opening brief on January 15, 2025. The government's response brief is due February 14, 2025. The government has not requested any prior extensions, and no oral argument date has been set.

2. The requested extension is necessary to allow the government adequate time to prepare its response. Jennifer Utrecht is the attorney with principal responsibility for preparing the government's brief in this case. Ms. Utrecht is also responsible for several other appellate matters with recent and upcoming deadlines, including *Hernandez v. Causey*, No. 24-60080 (5th Cir.) (response to petition for rehearing en banc filed January 17, 2025); *Fink v. Baylor All Saints Med. Ctr.*, No. 24-10934 (5th Cir.) (opening brief filed January 23, 2025); *Texas Public Policy Foundation v. Department of State*, No. 24-50189 (5th Cir.) (supplemental letter brief filed January 29, 2025); and *Warren v. Department of Labor*, No. 24-13505 (11th Cir.) (response brief due March 5, 2025, as extended). In addition, Ms. Utrecht has been

occupied preparing for oral argument in *Texas Public Policy Foundation v. Department of State*, No. 24-50189 (5th Cir.) (oral argument held February 4, 2025), and for the now-postponed argument that was originally scheduled to occur on February 5 in *Frisard's Transportation LLC v. Department of Labor*, No. 24-30223 (5th Cir.) (oral argument postponed on January 24, 2025).

Gerard Sinzdak is the attorney with supervisory responsibility over this case. Mr. Sinzdak is responsible for several other appellate matters with upcoming deadlines, including *Blue Cross & Blue Shield of Kansas City et al. v. United States*, Nos. 24-2317 & 25-1027 (Fed. Cir.) (response brief due February 7, 2025); *Kelly v. United States*, No. 24-2042 (Fed. Cir.) (response brief due February 7, 2025); *Panting v. United States*, No. 24-3426 (8th Cir.) (opening brief due February 21, 2025); *Blankenship v. Financial Ind. Regulatory Authority*, No. 24-2860 (3rd Cir.) (response brief due March 6, 2025); and *Przybocki v. USDA*, No. 24-7174 (9th Cir.) (response brief due March 7, 2025).

3. In light of these litigation matters, the government respectfully requests a 30-day extension of time, to and including Monday, March 17,

2025, to prepare the response brief. A 30-day extension will not appreciably delay the resolution of the case, and counsel will exercise diligence in preparing the brief in the time requested.

4. Appellant's counsel has indicated that appellant does not object to this extension of time.

## CONCLUSION

For the foregoing reasons, we respectfully ask that the Court extend the filing date for the government's response brief by 30 days, to and including Monday, March 17, 2025.

Respectfully submitted,

GERARD SINZDAK

/s/ *Jennifer L. Utrecht*
JENNIFER L. UTRECHT
*Attorneys*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W., Room 7710*
*Washington, D.C. 20530*
*(202) 353-9039*

FEBRUARY 2025

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Palatino Linotype 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 506 words, according to the word count of Microsoft Word.

                                                  */s/ Jennifer L. Utrecht*
                                                  JENNIFER L. UTRECHT

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ *Jennifer L. Utrecht*
Jennifer L. Utrecht