**IN THE UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT**

| | |
|---|---|
| JOHN SOLOMON, *Plaintiff-Appellant,* v. PAMELA BONDI, in her official capacity as Attorney General of the United States; U.S. DEPARTMENT OF JUSTICE; COLLEEN JOY SHOGAN, in her capacity as Archivist of the United States; and NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *Defendants-Appellees.* | No. 24-5236 |

**NOTICE OF WITHDRAWAL OF COUNSEL**

It is respectfully requested that the Clerk of the Court please withdraw the appearance of Michael Ding as counsel for the Plaintiff-Appellant in the above-captioned case. Undersigned counsel has accepted a position outside of America First Legal Foundation.

Respectfully submitted,

*/s/ Michael Ding*
Reed D. Rubinstein (D.C. Bar No. 400153)

Michael Ding (D.C. Bar No. 1027252)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
(202) 964-3721
Reed.Rubinstein@aflegal.org
Michael.Ding@aflegal.org

*Counsel for Plaintiff-Appellant*

March 6, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Michael Ding*

Michael Ding